**No. 10-9334. Charlene Ross, Petitioner v. Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank.**

564 U.S. 1059, 132 S. Ct. 58, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5109.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1006, 131 S. Ct. 2991, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4520.

**No. 10-9341. Michael Edward Quattrocchi, Petitioner v. Florida.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5106.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 992, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3727.

**No. 10-9389. Phillip Van Zant, Petitioner v. Florida Parole Commission, et al.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5107.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3665.

**No. 10-9407. Timothy Boczkowski, Petitioner v. Butch Jackson, et al.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5131.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 994, 131 S. Ct. 2452, 179 L. Ed. 2d 1220, 2011 U.S. LEXIS 3631.

**No. 10-9428. Myron N. Crisdon, Petitioner v. New Jersey Department of Education.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5125.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 994, 131 S. Ct. 2454, 179 L. Ed. 2d 1221, 2011 U.S. LEXIS 3817.

**No. 10-9481. Terrence Wayne Lytle, Petitioner v. North Carolina.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5149.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3686.

**No. 10-9490. Brett D. Weinrich, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

564 U.S. 1059, 132 S. Ct. 59, 180 L. Ed. 2d 927, 2011 U.S. LEXIS 5112.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1223, 2011 U.S. LEXIS 3822.